1  AARON D. FORD
   Attorney General
2  CECELIA J. BLUE, Bar No. 17031C
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1114
5  E-mail:  cblue@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| SHANTEZ O.D. THROWER, | Case No. 3:24-cv-00412-ART-CSD |
|---|---|
| Plaintiff, | ORDER GRANTING |
| v. | **MOTION TO EXTEND 90-DAY STAY** |
| PARKER, *et al.*, | |
| Defendants. | |

Pursuant to this Court's 90-day Stay Report Form (ECF No. 16, 10:5-8) and Order (ECF No. 16), Interested Party, the Nevada Department of Corrections ("NDOC"), by and through Counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, Office of the Attorney General, hereby move to extend the 90-day stay in this matter to February 2, 2026.

The parties attended an Early Mediation Conference on October 21, 2025, agreed to settle the case, and entered into a fully executed Settlement Agreement. The parties request time to: (a) perform under the terms of the Agreement and (b) file the Stipulation and Order to Dismiss with Prejudice.

///

///

///

///

///

Page **1**

Accordingly, the Interested Party respectfully requests this Court extend the 90-day stay to February 2, 2026. The Interested Party filed a **Report of the Attorney General Re: Results of 90-day Stay** (ECF No. 23) on October 24, 2025, indicating the matter settled.

DATED this 24th day of October 2025.

           AARON D. FORD
           Attorney General

           By:   */s/ Cecelia J. Blue*
                 CECELIA J. BLUE, Bar No. 17031C
                 Deputy Attorney General

                 *Attorneys for Interested Party*

IT IS SO ORDERED.

Dated: October 24, 2025

_____
Craig S. Denney
United States Magistrate Judge