```
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
```

SHANTEZ O.D. THROWER,

    Plaintiff,

vs.

PARKER, et al.,

    Defendants.

Case No.  3:24-cv-00412-ART-CSD

**ORDER GRANTING**

STIPULATION TO
DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia Blue, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Shantez Thrower, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

1  The Parties resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered
3  moot. The Parties respectfully request the Court vacate any future court date(s) and
4  order the matter closed and off call.

DATED this 21st day of October 2025.

*/s/ Shantez Thrower*
SHANTEZ THROWER
*Plaintiff, pro se*

DATED this 21st day of October 2025.
AARON D. FORD
Attorney General

By:

/s/ John Regalia
JOHN REGALIA, Bar No. 16969
*Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

DATED Oct. 21, 2025.

Anne R. Traum
United States District Judge

DATED: December 30, 2025