UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANTEZ O.D. THROWER,

Plaintiff,

v.

PARKER, et al.,

Defendants.

Case No. 3:24-cv-00412-ART-CSD

ORDER ON REPORT AND RECOMMENDATION (ECF No. 31)

Mr. Thrower is an inmate in the custody of the Nevada Department of Corrections ("NDOC") who filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 17.) After an early mediation conference on October 21, 2025, a settlement was reached. (ECF No. 22.) On January 15, 2026, Mr. Thrower filed this motion to enforce the settlement agreement. (ECF No. 30.) Magistrate Judge Craig S. Denney issued a Report and Recommendation ("R&R") recommending a denial of the motion on the grounds that this Court does not have jurisdiction to enforce the settlement agreement. The Court agrees.

I.    **Legal Standard**

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Mr. Thrower has not filed an objection to Judge Denney's report and

1

recommendations and his time to do so has now expired. (ECF No. 31.) Thus, the Court is not required to conduct any review. The Court will therefore adopt Judge Denney's R&R in full. Mr. Thrower is advised that if he believes a breach of the settlement agreement has occurred, he may file for breach of contract in state court.

II.    **Conclusion**

It is therefore ordered that the Report and Recommendation (ECF No. 31) is ADOPTED.

It is further ordered that Defendant's Motion to Enforce Settlement Agreement (ECF No. 30) is DENIED.

Dated this 25th day of March, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE